IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| LORNA STEVENS, ALFIA YHAN, JANA GILL, MELANIE POPE, PAULIE ALLAIN, and SHANIKA GOODING,<br><br>                Plaintiffs,<br><br>v.<br><br>HOVENSA, LLC,<br><br>                Defendant. | CIVIL NO. 2007/0063<br><br>ACTION FOR DAMAGES |

## STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their undersigned counsel, that this matter be dismissed **WITH PREJUDICE**, as to Plaintiff Melanie Pope, each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement.

Dated: 11/13, 2009

Vincent A. Colianni, II, Esq.
Law Offices of Colianni & Colianni
1138 King Street
Christiansted, St. Croix 00820
Attorney for Melanie Pope

Dated: 11/17, 2009

Linda J. Blair, Esquire
Bryant Barnes Beckstedt & Blair, L.L.P.
1134 King Street, 2nd Floor
Christiansted, St. Croix VI 00820
Attorney for HOVENSA, L.L.C.