## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. CROIX

LORNA STEVENS, ALFIA YHAN, JANA GILL, MELANIE POPE, PAULIE ALLAIN, and SHANIKA GOODING,

                    Plaintiffs,

     v.

HOVENSA, LLC,

                    Defendant.

CIVIL NO. 2007/0063

ACTION FOR DAMAGES

### STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their undersigned counsel, that this matter be dismissed **WITH PREJUDICE**, as to Plaintiff Shanika Gooding,  each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement.

Dated: __11/17__, 2009

Vincent A. Colianni, II, Esq.
Law Offices of Colianni & Colianni
1138 King Street
Christiansted, St. Croix 00820
Attorney for Shanika Gooding

Dated: __11/20__, 2009

Linda J. Blair, Esquire
Bryant Barnes Beckstedt & Blair, L.L.P.
1134 King Street, 2nd Floor
Christiansted, St. Croix VI 00820
Attorney for HOVENSA, L.L.C.