IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| LORNA STEVENS, ALFIA YHAN, JANA GILL, MELANIE POPE, PAULIE ALLAIN, and SHANIKA GOODING,<br><br>        Plaintiffs,<br><br>v.<br><br>HOVENSA, LLC,<br><br>        Defendant. | CIVIL NO. <u>2007/0063</u><br><br>ACTION FOR DAMAGES |

### STIPULATION FOR DISMISSAL

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their undersigned counsel, that this matter be dismissed **WITH PREJUDICE**, as to Lorna Stevens, Jana Gill and Paulie Allain each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement.

Dated: _____, 2010

        Vincent Colianni, II
        Colianni and Colianni
        1138 King Street
        Christiantsted, V.I. 00820
        Attorney for Plaintiffs

Dated: May 17, 2010

        Linda J. Blair, Esquire
        Bryant Barnes Beckstedt & Blair, L.L.P.
        1134 King Street, 2nd Floor
        Christiansted, St. Croix VI 00820
        Attorney for HOVENSA, L.L.C.

*Stevens et.al. v. HOVENSA, L.L.C.* Civil No. 2007/0063
Stipulation for Dismissal of Stevens, Gill and Allain
Page 2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 21, 2010, I electronically filed the foregoing Stipulation for Dismissal as to Lorna Stevens, Jana Gill & Paulie Allain with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing to the following:

Vincent A. Colianni, II, Esq.
Law Offices of Colianni & Colianni
1138 King Street
Christiansted, St. Croix 00820

                                                /s/ Linda J. Blair