```
                DISTRICT COURT OF THE VIRGIN ISLANDS

                       DIVISION OF ST. CROIX
```

LORNA STEVENS, ALFIA YHAN, JANA  :
FILL, and PAULIE ALLAIN,         :
                                 :
                  Plaintiffs,    :    2007-CV-63
v.                               :
                                 :
HOVENSA, L.L.C.,                 :
                                 :
                  Defendant      :
_____:

**ORDER DISMISSING LORNA STEVENS, JANA
FILL, AND PAULINE ALLAIN**

THIS MATTER is before the Court on the Stipulation of Dismissal [107] of Lorna Stevens, Jana Fill, and Pauline Allain. It is;

**ORDERED** that pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Lorna Stevens, Jana Fill, and Pauline Allain are dismissed WITH PREJUDICE with each party to bear their own costs and fees.  The Court retains jurisdiction to enforce any settlement agreement. The remaining Plaintiff is Alfia Yhan.

                                        ENTER:


Dated:  May 26, 2010              /s/ George W. Cannon, Jr.
                                     U.S. MAGISTRATE JUDGE